```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 41633
   DEBRA K MOORE MITCHEM
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-6196

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 09/29/2005 and was confirmed 12/19/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 05/12/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
-------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00           .00            .00
DRIVE FINANCIAL SVC       SECURED           2500.00        397.68        2500.00
INTERNAL REVENUE SERVICE  PRIORITY         11860.58           .00         442.74
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED           .00            .00
IRS TAX DIVISION          NOTICE ONLY     NOT FILED           .00            .00
UNITED STATES ATTORNEY    NOTICE ONLY     NOT FILED           .00            .00
ROBERT J ADAMS & ASSOC    PRIORITY        NOT FILED           .00            .00
ACL INC                   UNSECURED       NOT FILED           .00            .00
ADVOCATE HEALTH CARE      UNSECURED       NOT FILED           .00            .00
ADVOCATE HEALTH CARE      UNSECURED       NOT FILED           .00            .00
ADVOCATE CHRIST MEDICAL   UNSECURED       NOT FILED           .00            .00
ADVOCATE MSO SERVICES     UNSECURED       NOT FILED           .00            .00
AMERICASH LOANS LLC       UNSECURED         496.00            .00            .00
AWA COLLECTIONS           UNSECURED       NOT FILED           .00            .00
COLLECTION CO OF AMERICA  UNSECURED       NOT FILED           .00            .00
CERTEGY                   UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO PARKING   UNSECURED         3795.00           .00            .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED           .00            .00
FISHER & SHAPIRO          UNSECURED       NOT FILED           .00            .00
TCF BANK                  UNSECURED           85.00           .00            .00
I C COLLECTION SERVICE    UNSECURED       NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         1074.67           .00            .00
MIDAMERICA CARDIOVASCULA  UNSECURED       NOT FILED           .00            .00
PLS FINANCIAL             UNSECURED       NOT FILED           .00            .00
AT & T BANKRUPCTY         UNSECURED          622.11           .00            .00
THOMAS J RUSSELL          UNSECURED       NOT FILED           .00            .00
WEST SURBURBAN CARDIOLOG  UNSECURED       NOT FILED           .00            .00
INTERNAL REVENUE SERVICE  UNSECURED         1323.54           .00            .00
ROBERT J ADAMS & ASSOC    REIMBURSEMENT     194.00            .00         194.00
DRIVE FINANCIAL SVC       UNSECURED         3786.31           .00            .00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY     2,200.00                       2,200.00
TOM VAUGHN                TRUSTEE                                          342.12

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 41633 DEBRA K MOORE MITCHEM
```

```
DEBTOR REFUND            REFUND                                            .00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   6,076.54

PRIORITY                                         636.74
SECURED                                        2,500.00
     INTEREST                                    397.68
UNSECURED                                            .00
ADMINISTRATIVE                                 2,200.00
TRUSTEE COMPENSATION                             342.12
DEBTOR REFUND                                        .00
                        ---------------   ---------------
TOTALS                    6,076.54             6,076.54
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 08/26/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE

                        PAGE   2
         CASE NO. 05 B 41633 DEBRA K MOORE MITCHEM